In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-165 CV


____________________



IN RE TRANS GULF TRANSPORTATION, INC.






Original Proceeding






MEMORANDUM OPINION (1)


 Mandamus will issue only to correct a clear abuse of discretion or violation of a
duty imposed by law when that abuse cannot be remedied by appeal. Jack B. Anglin Co.,
Inc. v. Tipps, 842 S.W.2d 266, 272 (Tex.1992); Walker v. Packer, 827 S.W.2d 833, 839
(Tex.1992). Relator seeks a writ of mandamus to compel the trial judge to enter an order
transferring the case to Harris County. Relator alleges that venue lies in Harris County
under the general venue statute. See Tex. Civ. Prac. & Rem. Code Ann. § 15.002
(Vernon 2002). Therefore, the statute authorizing mandamus to enforce the mandatory
venue provisions of Chapter 15 does not apply. See Tex. Civ. Prac. & Rem. Code Ann.
§ 15.0642 (Vernon 2002); Tex. Civ. Prac. & Rem. Code Ann. §§ 15.011-.019 (Vernon
2002). After reviewing the petition and record, we conclude that the relator has not shown
that appeal is not an adequate remedy. See Polaris Inv. Mgmt. Corp. v. Abascal, 892
S.W.2d 860, 862 (Tex.1995). 

 The petition for writ of mandamus, filed April 7, 2003, is DENIED.

 PER CURIAM


Opinion Delivered April 10, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.